**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **KENNITH WADE ANTHONY** | **CIVIL ACTION NO. 25-2120** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **WARDEN JERGENS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Kennith Wade Anthony's request for mandamus relief is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction but **WITHOUT PREJUDICE** to Petitioner's right to re-file in a forum of competent jurisdiction.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's request to remand is **DENIED AND DISMISSED WITH PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 17th day of March, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE